### N. E. WARD v. M. C. WINSTON.

(Filed 20 September, 1922.)

**Usury—Injunction—Appeal and Error.**

> The action of the Superior Court judge in dissolving a temporary restraining order for the sale of certain collateral upon the ground of alleged usury is sustained on appeal under the authority of *Owens v. Wright,* 161 N. C., 131.

APPEAL by plaintiff from *Calvert, J.,* at chambers, 24 March, 1922, from JOHNSTON.

Action to restrain the sale of securities held by the defendant as collateral to an indebtedness due by plaintiff to defendant. From an order dissolving the injunction, the plaintiff appealed.

The plaintiff admitted that he was due the defendant $5,472.50, and pleaded usury. The order provided that if the plaintiff paid this sum to the defendant within ten days, the sale of the property should be postponed until the issues as to usury and other defenses could be heard. The plaintiff declined to make payment.

*Ray & Ray and W. H. Lyon for plaintiff.*
*Pou, Bailey & Pou for defendant.*

PER CURIAM. His Honor's judgment is affirmed on the authority of *Owens v. Wright,* 161 N. C., 131, and numerous other decisions of this Court.